# Exhibit 40

**STATE OF ILLINOIS**
**TWELFTH JUDICIAL CIRCUIT COURT**
**WILL COUNTY, ILLINOIS**

| | | | | | |
|---|---|---|---|---|---|
| **Case:** | 2010CF002651 | **Status:** | Closed | **Opened:** | 12/21/2010 |
| **Title:** | PEOPLE OF THE STATE OF ILLINOIS vs. MARVEL M YARBROUGH | | | | |
| **Type:** | CRIMINAL FELONY | **File:** | Charge | **Closed:** | 12/20/2011 |

# DOCKET

CERTIFICATION

I, ANDREA LYNN CHASTEEN, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.

SIGNED: _____
CLERK          DATE
10/26/2020

| | |
|---|---|
| **Event Date(s):** | *ALL |
| **Sort Dates:** | Descending |
| **Show Entries:** | *ALL |
| **Events:** | *ALL |
| **Ordering Judge(s):** | *ALL |
| **Clerk(s):** | *ALL |

| Event Date Receipt No. | Image | Docket Entry |
|---|---|---|
| 12/17/2014 042878428-01 | | **Disposition 06/01 Count 002 No Fine & Cost** Disposition: Probation Terminated BURGLARY Disposition Type: Court Action Defendant Plea: No Plea Entered Statute 720 5/19-1(a) Class 2 Orig. Sentence: 12/17/2014 No Fine & Cost .00 <br><br>**Judge:** CARLSON DAVID M  **Clerk:** KRG |
| 12/17/2014 042878422-01 | | **Disposition 05/01 Count 001 No Fine & Cost** Disposition: Probation Terminated BURGLARY Disposition Type: Court Action Defendant Plea: No Plea Entered Statute 720 5/19-1(a) Class 2 Orig. Sentence: 12/17/2014 No Fine & Cost .00 <br><br>**Judge:** CARLSON DAVID M  **Clerk:** KRG |
| 12/17/2014 042878339-01 | | **CF - Termination Probation** People present by DANIEL K. EGAN. No one else appears. Matter comes on for termination. Probation is terminated satisfied. File is closed. <br><br>**Judge:** CARLSON DAVID M  **Reporter:** PANOS MICHELLE  **Clerk:** KRG |
| 08/27/2014 042332732-02 | | **CF - Minute Entry** People present by ERIN M. KRONE. Defendant appears in person. Defendant submits to Direct Court Urinalysis and is found in compliance. Matter comes on for Defendant's motion to relocate. Motion is granted, without objection. See order signed. <br><br>**Judge:** ROZAK DANIEL J  **Reporter:** PANOS MICHELLE  **Clerk:** DDF |
| 08/27/2014 042332732-01 |  | **See Order Signed** |
| 08/18/2014 042281102-01 | | **Motion to Travel** <br><br>*Motions - Wednesday, August 27, 2014 @ 9:30am, Courtroom 403, Judge FELONY - 400* |
| 09/12/2013 040640953-01 |  | **Violation Report** |
| 07/31/2013 040426034-01 |  | **Impounded Document VIOLATION REPORT** |
| 05/14/2012 038234762-01 |  | **DNA Indexing Lab Form returned to our office this date** |
| 02/29/2012 037824654-01 |  | **Probation Transfer Notification** |
| 01/18/2012 037646445-01 |  | **Motion TO VACATE JUDGEMENT OF TASC CONVICTION AND DISMISS CRIMINAL PROCEEDINGS** |
| 01/18/2012 037629778-01 |  | **Notice of Filing** |
| 01/06/2012 037563883-01 | | **Credit of $290 for time served applied by finance dept.** |

Created - Monday, October 26, 2020 @ 1:02pm by JACS

**STATE OF ILLINOIS**
**TWELFTH JUDICIAL CIRCUIT COURT**
**WILL COUNTY, ILLINOIS**

| Event Date Receipt No. | Image | Docket Entry |
|---|---|---|
| 01/04/2012 037549098-01 | | **Bond Refund Amt 3,040.00** |
| 01/04/2012 037547328-01 | | **Court Ordered Payments Amt 1,960.00** |
| 12/28/2011 037523802-01 | 📄 | **Probation Department Receipt** |
| 12/20/2011 037518911-01 | | **Disposition 06/00 Count 002 Companion Charge** Disposition: Guilty Plea/Ch. 111.5, Par.6360-2 BURGLARY Disposition Type: Guilty Plea Defendant Plea: Guilty Statute 720 5/19-1(a) Class 2 Orig. Sentence: 12/20/2011 Sentence: Jail 116Days Concurrent (SPC Only) Sentence: Probation/Special Conditions 36Mos Concurrent (SPC Only) Sentence: Credit Time Served 58Days Concurrent (SPC Only) Sentence: Fines and/or Cost/Penalties and Fees Concurrent (SPC Only) Sentence: Restitution Concurrent (SPC Only) Sentence: Special Facility Attendance/Residence Concurrent (SPC Only) Companion Charge .00 <br><br> **Judge:** BURMILA, JR. EDWARD A   **Clerk:** SGK |
| 12/20/2011 037518892-01 | | **Disposition 05/00 Count 001 Manual Calculations** Disposition: Guilty Plea/Ch. 111.5, Par.6360-2 BURGLARY Disposition Type: Guilty Plea Defendant Plea: No Plea Entered Statute 720 5/19-1(a) Class 2 Orig. Sentence: 12/20/2011 Sentence: Jail 116Days Sentence In Force Sentence: Probation/Special Conditions 36Mos Sentence In Force Sentence: Credit Time Served 58Days Sentence In Force Sentence: Fines and/or Cost/Penalties and Fees Sentence In Force Sentence: Restitution Sentence In Force Sentence: Special Facility Attendance/Residence Sentence In Force Manual Calculations 850.00 PROBATION FEE - ADU 900.00 RESTITUTION AMOUNT 300.00 DNA ANALYSIS FEE 200.00 <br><br> *Termination Probation - Wednesday, December 17, 2014 @ 9:30am, Courtroom 403, Judge FELONY - 400* <br> **Judge:** BURMILA, JR. EDWARD A   **Clerk:** SGK |
| 12/20/2011 037518881-01 | | **Disposition 04/00 Count 002 No Fine & Cost** Disposition: Dismiss/Superseded by Indictment or Information AGGRAVATE Disposition Type: Court Action Defendant Plea: No Plea Entered Statute 720 5/18-5(a) Class 1 Orig. Sentence: 12/20/2011 No Fine & Cost .00 <br><br> **Judge:** BURMILA, JR. EDWARD A   **Clerk:** SGK |
| 12/20/2011 037518823-01 | | **Disposition 03/00 Count 001 No Fine & Cost** Disposition: Dismiss/Superseded by Indictment or Information AGGRAVATE Disposition Type: Court Action Defendant Plea: No Plea Entered Statute 720 5/18-5(a) Class 1 Orig. Sentence: 12/20/2011 No Fine & Cost .00 <br><br> **Judge:** BURMILA, JR. EDWARD A   **Clerk:** SGK |
| 12/20/2011 037518618-06 | | **Charge 06 Count 002 BURGLARY** Statute 720 5/19-1(a) Class 2 Orig. Agency: JOLIET CITY Charge Instr: INFORMATION |
| 12/20/2011 037518565-05 | | **Charge 05 Count 001 BURGLARY** Statute 720 5/19-1(a) Class 2 Orig. Agency: JOLIET CITY Charge Instr: INFORMATION |
| 12/20/2011 037517772-01 | | **CF - Plea - Courtroom 405** People present by FREDERICK V. HARVEY. The Defendant is present in Court with Attorney, WILLIAM H. LAWS. The Defendant's request for a 402 conference is presented. The Defendant is admonished as to the rules which govern the conference. The conference is held and concluded. The matter is called for entry of a plea. On motion of the People, the Bill of Indictment is dismissed due to the filing of a two (2) count Information. The Defendant waives a formal reading and enters a plea of guilty. The Court finds defendant's plea is knowing, voluntary and intelligent. Court further finds there is a factual basis for the plea. Defendant is advised of the minimum and maximum sentences available. The Court accepts the plea of guilty to the offense of BURGLARY, a Class "2" felony, on counts I and II of the Information. Judgment of conviction is entered. Defendant is sentenced. Fines, costs and restitution are assessed. The bond posted is ordered applied to restitution first, and the remainder to be applied to fines and costs. Appellate rights explained. See T.A.S.C. Probation Order signed this date. Probation to monitor. <br><br> **Judge:** BURMILA, JR. EDWARD A   **Reporter:** BASIS-PRINZI CHRISTINA   **Clerk:** SGK |

**STATE OF ILLINOIS**
**TWELFTH JUDICIAL CIRCUIT COURT**
**WILL COUNTY, ILLINOIS**

| Event Date Receipt No. | Image | Docket Entry |
|---|---|---|
| 12/20/2011 037513483-06 | | **Criminal Cost Sheet** |
| 12/20/2011 037513483-04 | | **See Order Signed for T.A.S.C. Probation Entered** |
| 12/20/2011 037513483-03 | | **Plea of Guilty** |
| 12/20/2011 037513483-02 | | **Order To Provide Genetic Marker Information** |
| 12/20/2011 037513483-01 | | **Information** |
| 12/05/2011 037409633-02 | | **See Order Signed** |
| 12/05/2011 037409633-01 | | **CF - Continuance by Defendant** People of the State present by FREDERICK V. HARVEY. Defendant present in person and by Attorney, WILLIAM LAWS. Matter comes on for pretrial. On motion of the Defendant, matter is continued for entry of plea. *Plea - Tuesday, December 20, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.* **Judge:** BURMILA, JR. EDWARD A  **Reporter:** KLEBENOW LAURA  **Clerk:** KMF |
| 11/07/2011 037281235-01 | | **CF - Continue Pre-Trial** People of the State present by FREDERICK V. HARVEY. Defendant appears in person and by Attorney, WILLIAM H. LAWS. Matter comes on for pretrial. On motion of the defendant, matter is continued for further pretrial. *Pretrial - Monday, December 5, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.* **Judge:** BURMILA, JR. EDWARD A  **Reporter:** ENRIGHT JULIE A  **Clerk:** KMF |
| 10/27/2011 037237686-01 | | **Impounded Document-TASC Conditional Findings Report dated** |
| 09/07/2011 036982965-02 | | **Order for TASC Evaluation** |
| 09/07/2011 036982965-01 | | **CF - Continuance by Defendant** People of the State present by FREDERICK V. HARVEY. Defendant present in person and by Attorney, WILLIAM H. LAWS. Matter comes on for pretrial. Defendant's request to be evaluated for TASC services is allowed. Findings Report is ordered and due by November 4, 2011. On motion of the Defendant, matter is continued until November 7, 2011 for further pretrial and status on report. *Pretrial - Monday, November 7, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.* **Judge:** BURMILA, JR. EDWARD A  **Reporter:** MOSER KAREN  **Clerk:** KMF |
| 07/20/2011 036760014-01 | | **CF - Continuance by Defendant** People present by FREDERICK V. HARVEY. The Defendant is present in Court with Attorney, WILLIAM H. LAWS. On motion of the Defendant, matter is continued. *Pretrial - Wednesday, September 7, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.* **Judge:** BURMILA, JR. EDWARD A  **Reporter:** KLEBENOW LAURA  **Clerk:** SGKE |
| 06/20/2011 036590095-01 | | **CF - By Agreement** People of the State present by ALYSON L. DEBELL. Defendant appears in person and Attorney, WENDELL HAYES, who is appearing for Attorney, WILLIAM H. LAWS. Matter comes on for pretrial. By agreement of the parties, case is continued for further pretrial. *Pretrial - Wednesday, July 20, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.* **Judge:** BURMILA, JR. EDWARD A  **Reporter:** BASIS-PRINZI CHRISTINA  **Clerk:** KMF |
| 04/26/2011 036324829-01 | | **CF - Continue Pre-Trial** People of the State of Illinois present by Assistant State's Attorney, FREDERICK V. HARVEY. Defendant present in person and by Attorney, WILLIAM H. LAWS. Matter comes on for pretrial. Motion of the Defendant, matter is continued for further pretrial. *Pretrial - Monday, June 20, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.* **Judge:** BURMILA, JR. EDWARD A  **Reporter:** PARIS PETER  **Clerk:** KEL |

**STATE OF ILLINOIS**
**TWELFTH JUDICIAL CIRCUIT COURT**
**WILL COUNTY, ILLINOIS**

| Event Date Receipt No. | Image | Docket Entry |
|---|---|---|
| 03/25/2011<br>036178670-01 | | **CF - Continue Pre-Trial**<br>People of the State present by ALYSON L. DEBELL. Defendant appears in person and by Attorney, WILLIAM H. LAWS. On motion of the defendant, matter is continued for further pretrial.<br><br>*Pretrial - Tuesday, April 26, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.*<br>**Judge:** BURMILA, JR. EDWARD A **Reporter:** HAW MARCIE **Clerk:** KMF |
| 03/04/2011<br>036070279-01 | | **CF - Continuance by Defendant**<br>People present by FREDERICK V. HARVEY. The Defendant is present in Court with Attorney, WILLIAM H. LAWS. On motion of the Defendant, the matter is continued for further pretrial and status as to completion of discovery.<br><br>*Pretrial - Friday, March 25, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.*<br>**Judge:** BURMILA, JR. EDWARD A **Reporter:** ENRIGHT JULIE A **Clerk:** SGK |
| 02/17/2011<br>035990993-01 | 📄 | **Motion FOR DISCOVERY** |
| 02/17/2011<br>035984060-01 | | **CF - Continue Pre-Trial**<br>People of the State present by FREDERICK V. HARVEY. Defendant appears in person. Defense counsel fails to appear. On motion of the defendant, matter is continued for further pretrial and appearance of counsel.<br><br>*Pretrial - Friday, February 25, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.*<br>**Judge:** BURMILA, JR. EDWARD A **Reporter:** RACANELLI FELICIA **Clerk:** KMF |
| 02/15/2011<br>035973295-01 | 📄 | **Bond Type Cash 10% Deposit Bond Amt 50,000.00**<br><br>*Return Date - Thursday, February 17, 2011 @ 9:30am, Courtroom 403* |
| 02/03/2011<br>036078285-01 | 📄 | **Illinois State Police Court Disposition Form Filed This Date** |
| 01/21/2011<br>035883440-06 | 📄 | **Grand Jury Minutes** |
| 01/21/2011<br>035883440-05 | 📄 | **Record of Conviction of the Defendant** |
| 01/21/2011<br>035883440-04 | 📄 | **Physical Evidence** |
| 01/21/2011<br>035883440-03 | 📄 | **Statements of the Defendant** |
| 01/21/2011<br>035883440-02 | 📄 | **Notification of Reports Summarizing Witnesses Oral Statements** |
| 01/21/2011<br>035883440-01 | 📄 | **List of Witnesses** |
| 01/11/2011<br>035831231-02 | | **Disposition 02/00 Count 002 No Fine & Cost**<br>Disposition: Dismiss/Superseded by Indictment or Information AGGRAVATE Disposition Type: Court Action Defendant Plea: No Plea Entered Statute 720 5/18-5(a) Class 1 Orig. Sentence: 01/11/2011 No Fine & Cost .00<br><br>**Judge:** SCHOENSTEDT RICHARD C **Clerk:** CLT |
| 01/11/2011<br>035831231-01 | | **Disposition 01/00 Count 001 No Fine & Cost**<br>Disposition: Dismiss/Superseded by Indictment or Information AGGRAVATE Disposition Type: Court Action Defendant Plea: No Plea Entered Statute 720 5/18-5(a) Class 1 Orig. Sentence: 01/11/2011 No Fine & Cost .00<br><br>**Judge:** SCHOENSTEDT RICHARD C **Clerk:** CLT |
| 01/11/2011<br>035831144-03 | 📄 | **Mittimus For Failure To Give Bail Filed** |
| 01/11/2011<br>035831144-02 | 📄 | **Appearance** |

**STATE OF ILLINOIS**
**TWELFTH JUDICIAL CIRCUIT COURT**
**WILL COUNTY, ILLINOIS**

| Event Date<br>Receipt No. | Image | Docket Entry |
|---|---|---|
| 01/11/2011<br>035831144-01 | | **CF - Arraignment Video**<br>"Video Arraignment." People present by JESSICA COLON-SAYRE. Defendant appears in custody of the Sheriff pursuant to video arraignment and by Attorney William Laws. Matter comes on for arraignment on pending Bill of Indictment. Underlying complaint is dismissed on motion of the People due to the filing of the Bill of Indictment. Order enters nolle prosequi. Copy is provided to defendant by counsel in open court. Counsel acknowledges receipt, waives formal reading and enters a plea of not guilty. Discovery is ordered pursuant to Supreme Court Rules 412 and 413. State to comply by January 25, 2011. Defense to comply by February 1, 2011. Matter proceeds to hearing on bond reduction. Defendant's presence in Court waived. Arguments heard. Bond reduced to $50,000.00 - 10%. As a condition of bond Defendant to have no contact with the victims listed in Counts I and II of the Indictment. The Defendant shall obtain full time employment,attend school or combination of both and show proof thereof. On motion of the Defendant without objection matter is set for pretrial before the Honorable Edward Burmila. Defendant remanded.<br><br>*Pretrial - Thursday, February 17, 2011 @ 9:30am, Courtroom 403, Judge BURMILA, JR.*<br>**Judge:** SCHOENSTEDT RICHARD C   **Reporter:** KLEBENOW LAURA   **Clerk:** CLT |
| 01/06/2011<br>035800825-01 | 📄 | **Bill of Indictment** |
| 01/06/2011<br>035798241-02 | 📄 | **Motion FOR REDUCTION OF BAIL FILED BY ATTY WILLIAM LAWS** |
| 01/06/2011<br>035798241-01 | 📄 | **Notice of Motion FILED BY ATTY WILLIAM LAWS** |
| 01/06/2011<br>035798004-01 | | **CF - Grand Jury - In Custody**<br>People present by ERIN M. KRONE. Court is in receipt of a two count Bill of Indictment. Same is presented and ordered filed. Defendant is presently in custody of the Will County Sheriff. Warrant is stayed. Bond set at $75,000.00 - 10% to apply. Previous conditions of bond to stand. Matter is set for arraignment.<br><br>*Arraignment - Tuesday, January 11, 2011 @ 9:00am, Courtroom 405, Judge SCHOENSTEDT*<br>**Judge:** SCHOENSTEDT RICHARD C   **Reporter:** RACANELLI FELICIA   **Clerk:** ALL |
| 01/06/2011<br>035783368-04 | | **Charge 04 Count 002 AGGRAVATED ROBBERY**<br>Statute 720 5/18-5(a) Class 1 Orig. Agency: JOLIET CITY Charge Instr: INDICTMENT |
| 01/06/2011<br>035783361-03 | | **Charge 03 Count 001 AGGRAVATED ROBBERY**<br>Statute 720 5/18-5(a) Class 1 Orig. Agency: JOLIET CITY Charge Instr: INDICTMENT |
| 12/22/2010<br>035740521-01 | 📄 | **Sheriff Fee Bill Filed Amt 41.00** |
| 12/21/2010<br>035744069-01 | 📄 | **Complaint - AGGRAVATED ROBBERY/AGGRAVATED ROBBERY** |
| 12/21/2010<br>035737878-03 | | **CF - Custody Hearing Complaint**<br>People present by DAVID W. BORENSTEIN. Defendant present in custody of the Will County Sheriff pursuant to video court. Complaint is filed; copy served on defendant. Charges and rights explained. Defendant informs court a private attorney will be hired. Case is set for arraignment or preliminary hearing (per video). Based on sworn testimony of Assistant State's Attorney, DAVID W. BORENSTEIN, Court finds probable cause to continue the defendant's detention. Gerstein hearing completed. Written trial in absentia filed. Bond set in the amount of $75,000.00 - 10% to apply. Copy of mittimus issued in open court. As a condition of bond, defendant to have no contact with Natalia Fuks or Celina Cabrera. Defendant remanded to the custody of the Will County Sheriff.<br><br>*CANCELLED - Preliminary Hearing - Tuesday, January 11, 2011 @ 9:00am, Courtroom 405, Judge SCHOENSTEDT*<br>**Judge:** RICHARDSON, JR MARZELL L   **Reporter:** ELECTRONIC RECORDING   **Clerk:** KMH |
| 12/21/2010<br>035737878-02 | 📄 | **Certificate of Trial in Absentia Admonition** |
| 12/21/2010<br>035737878-01 | 📄 | **Mittimus For Failure To Give Bail Filed** |
| 12/21/2010<br>035730370-02 | | **Charge 02 Count 002 AGGRAVATED ROBBERY**<br>Statute 720 5/18-5(a) Class 1 Orig. Agency: JOLIET CITY Charge Instr: COMPLAINT |
| 12/21/2010<br>035730348-01 | | **Charge 01 Count 001 AGGRAVATED ROBBERY**<br>Statute 720 5/18-5(a) Class 1 Orig. Agency: JOLIET CITY Charge Instr: COMPLAINT |

Created - Monday, October 26, 2020 @ 1:03pm by IACS

**STATE OF ILLINOIS**
**TWELFTH JUDICIAL CIRCUIT COURT**
**WILL COUNTY, ILLINOIS**

## Summary of Entries with Amounts

| Entry Description | Count | Total |
|---|---|---|
| Bond Refund | 1 | 3,040.00 |
| Bond Type Cash 10% Deposit Bond | 1 | 50,000.00 |
| Court Ordered Payments | 1 | 1,960.00 |
| Sheriff Fee Bill Filed | 1 | 41.00 |

2010CF002651

Created - Monday, October 26, 2020 @ 1:02pm by JACS

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| People of The State of Illinois | ) | Case Number _10 CF 2651_ |
| Plaintiff | ) | Social Security Number _____ |
| vs. | ) | Driver license Number _____ |
| | ) | Phone Number _773 450-6010_ |
| MARVEL YARBROUGH | ) | Address _1003 Lots Place #306 Joliet, IL_ |
| Defendant | ) | Date of birth _5/15/90_ |

### T.A.S.C. PROBATION ORDER
Conditions of Probation pursuant to Illinois Compiled Statutes
Chapter 20, Section 301/40-10 & Chapter 730, Section 5/5-6-3

On This Day, defendant herein, having been convicted of the offense of _BURGLARY (2 counts)_ in violation of 720 ILCS _____ , a Class _2_ Felony, and having elected to undergo treatment as an addict convicted of a crime pursuant to Chapter 20, Section 301/40-10 of the Illinois Compiled Statutes,

The Court Finds : (1) the defendant is eligible for treatment pursuant to Chapter 20, Section 301/40-10; (2) the defendant is an addict; (3) the defendant is likely to rehabilitated through treatment and; (4) the defendant hereby waives the right to trial by jury and enters a guilty plea to the charged offenses.

**It Is Hereby Ordered** that the defendant be sentenced to a term of T.A.S.C. probation for _36_ months and that as conditions of said probation the defendant:
1. Shall not violate any criminal statute of any jurisdiction.
2. Shall refrain from possessing a firearm or other dangerous weapon.
3. Shall report to and appear before the Will County Adult Probation Officer this date and at such other dates and times as directed by the Officer.
4. Shall not leave the State without the consent of the Court, or in circumstances in which the reason for the absence is of such emergency nature that prior consent by the Court is not possible, with the prior notification and approval of the Probation Officer.
5. Shall permit the Probation Officer to visit at the defendant's home or elsewhere to the extent necessary to discharge the Probation Officer's duties.
6. Shall refrain from having in his/her body the presence of any illicit drug prohibited by the Cannabis Control Act, or the Illinois Controlled Substances Act, unless prescribed by a physician, and submit samples of his/her blood or urine, or both, for tests to determine the presence of any illicit drug as requested by his/her probation officer.
7. Shall notify the Probation Department and the Clerk of the Circuit Court of any change of address within seventy-two (72) hours.
8. Shall cooperate with T.A.S.C. following all their rules and regulations including their recommendation for either in-patient or out-patient treatment.
9. Shall pay : [X] court costs $_1050_ [X] probation fee $_900_ x restitution #_300_
10. Shall be personally present before this Court for status hearing on future status dates set therein.
11. Shall serve _116_ days in County Jail , be given credit for _58_ days already actually served ( _day for day credit to apply_ )
12. Bond to apply to payment in the amount of $_500_ , balance now due $_0_
13. Compliance of these within 6 months of the entry of this order
Other : _Petition to restore._
_Shall have no contact with Motel 6 3551 Mall Loop Dr. Mart & with Cntrl Clever G Jefferson_

It Is Further Ordered that a T.A.S.C. representative and the defendant's Probation Officer report immediately to this Court any violations by said defendant of any aforementioned condition of probation and that said probation may be revoked by this Court in its discretion upon violation of same.

It Is Further Ordered that this cause is continued _12/17/14_ for termination of T.A.S.C. probation and this Court retains jurisdiction over said defendant.

_12/20/11_
Date

_____
Circuit Judge

STATE OF ILLINOIS    )
                                  )     SS.

COUNTY OF WILL    )

### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
### WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS    )
                                         )
                   VS.                  )     Case No. **2010 CF 2651**
                                         )

**MARVEL YARBROUGH**    )

### CRIMINAL COMPLAINT

---

### CHARGE

On this **21 day of December, 2010**, complainant **Det. R. Raasch** charges the commission of an offense as follows:

### COUNT I

on or about **December 20, 2010**, at and within Will County, Illinois, **MARVEL YARBROUGH**, a **male** person, committed the offense of:

### AGGRAVATED ROBBERY
### (Class 1 Felony)

in that, **said defendant, while indicating verbally or by his actions to the victim that he had a firearm or dangerous weapon, namely a black handgun style BB gun, knowingly took property, being United States currency, from the person of Natalia Fuks, by threatening the imminent use of force,** in violation of Chapter 720, Section 5/18-5, of the Illinois Compiled Statutes, 2010 and AOIC 0010734, and

WCCH    12232010

## COUNT II

on or about **December 20, 2010,** at and within Will County, Illinois, **MARVEL YARBROUGH,**

a **male** person, committed the offense of:

### AGGRAVATED ROBBERY
### (Class 1 Felony)

in that, **said defendant, while indicating verbally or by his actions to the victim that he had a**

**firearm or dangerous weapon, namely a black handgun style BB gun, knowingly took**

**property, being United States currency, from the person of Celina Cabrera, by threatening the**

**imminent use of force,** in violation of Chapter 720, Section 5/18-5, of the Illinois Compiled

Statutes, 2010 and AOIC 0010734 2007.

### OATH

The undersigned being duly sworn on oath says that the foregoing charge is true.

SIGNED: _____

Subscribed and sworn to before me on
21 day of December, 2010.

_____
Judge or Notary Public

OFFICIAL SEAL
NICHOLE A WIERZBOWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/18/14

EMK/nas
JPD #10-1220025767 and 10-1220025781
dcn #L52163157

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS          )
                                         )
                    VS.                  )          Case No. **2010 CF 2651**
                                         )
MARVEL YARBROUGH                         )

### BILL OF INDICTMENT

Indictment returned by Grand Jury empaneled by the Circuit Court of the Twelfth Judicial Circuit, County of Will, State of Illinois, on November 17, 2010.

The GRAND JURORS, chosen, selected and sworn, in and for the County of Will in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that:

### COUNT I

on or about **December 20, 2010**, at and within Will County, Illinois, **MARVEL YARBROUGH**, a **male** person, committed the offense of:

### AGGRAVATED ROBBERY
### (Class 1 Felony)

in that said **defendant, while indicating verbally or by his actions to the victim that he was** armed with a **firearm or dangerous weapon, namely a black handgun style BB gun, knowingly took property, being United States currency from the person of Natalia Fuks, by threatening the imminent use of force,** in violation of Chapter 720, Section 5/18-5(a), of the Illinois Compiled Statutes, 2010, contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois, and

_____
Foreman of the Grand Jury

FILED
11 JAN -6 AM 10: 26
CLERK, CIRCUIT COURT
WILL COUNTY, ILLINOIS

WCCH        01102011

## COUNT II

on or about **December 20, 2010**, at and within Will County, Illinois, **MARVEL YARBROUGH**,

a male person, committed the offense of:

### AGGRAVATED ROBBERY
### (Class 1 Felony)

in that said defendant, **while indicating verbally or by his actions to the victim that he had a**

**firearm or dangerous weapon, namely a black handgun style BB gun, knowingly took**

**property, being United States currency from the person of Celina Cabrera, by threatening the**

**imminent use of force,** in violation of Chapter 720, Section 5/18-5(a), of the Illinois Compiled

Statutes, 2010, contrary to the Statute, and against the peace and dignity of the same People of the

State of Illinois.

A TRUE BILL

Foreman of the Grand Jury

FILED
11 JAN -6 AM 10: 26
CLERK. CIRCUIT COURT
WILL COUNTY, ILLINOIS

WCCH        01102011

## LIST OF WITNESSES

## WHO TESTIFIED BEFORE GRAND JURY

Kevin Sepulveda

_Foreman of the Grand Jury_

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT

WILL COUNTY

The within indictment returned in open Court      1/6/11

BAIL SET AT $ _75000-10%_

Warrant of Arrest ~~ordered~~ (stayed) to issue.

_Judge of the Circuit Court_

11 JAN -6 AM 10: 26
CLERK CIRCUIT COURT
WILL COUNTY, ILLINOIS

FILED

PREVIOUS CONDITIONS
OF BOND
TO REMAIN IN EFFECT

WCCH      01102011

(All fields marked in BOLD are required)

**CIRCUIT CLERK**

| Document Control Number | Ref. DCN | Arresting Agency ORI - NCIC | Transaction Control Number |
|---|---|---|---|
| L52163157 | | IL 0 9 9 0 7 0 0 | FRM0430L52163157 |

| Subjects Last Name | First Name | Middle Name/Suffix |
|---|---|---|
| YARBROUGH | MARVEL | MARSHALL |

| Date of Birth | Place of Birth | State Identification Number | Chicago IR # | FBI # |
|---|---|---|---|---|
| 05 15 1990 | IL | IL | | |

| Sex | Race | Height | Weight | Hair | Eye | Skin |
|---|---|---|---|---|---|---|
| M | B | 5 0 9 | 1 8 0 | BLK | BRO | |

| Social Security Number | Drivers License Number | DL State | IDOC # | FOID # |
|---|---|---|---|---|
| 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 | | | | |

Basis For Caution:

| Alias Last Name | First Name | Middle Name/Siffix | Alias Date of Birth | MISC # |
|---|---|---|---|---|
| | | | | |

| Scars, Marks, Tattoos | Occupation | Employer |
|---|---|---|
| | | |

| Employer Address | Residence of Person Fingerprinted |
|---|---|
| | 1003 LOIS PL, 306, JOLIET IL 60435 |

| Agency Case Number (unique) | Indictment Case Number | Date of Arrest | Arresting Officer Badge # | Cty of Prosecution |
|---|---|---|---|---|
| LJ155070 | 101220025767 | 12 20 2010 | 251 | 0 9 9 |

| Juvenile By Court Order | (Yes) | Juvenile Handling within Department | (Yes) | Juvenile Referred to Other Authority | (Yes) |
|---|---|---|---|---|---|
| | | | | | |

Released without Charging  (Yes)

| Bond Date | Bond Receipt Number | Bond Amount | Cash Bond Deposit |
|---|---|---|---|

| No Bond | Driv. Lic. | Cash | D U I | Recognizance | Cash 10% | Other |
|---|---|---|---|---|---|---|

**Circuit Clerk Court ORI-NCIC**

Date Fingerprinted: 12 / 20 / 2010     IL     Post Sentence Fingerprints     (Yes)

## CIRCUIT CLERK'S SECTION

| Count | Statute Citation / AOIC Code | C S A O D | C L A S S | Offense Description | Disposition Code | Disposition Date | Court Case Number |
|---|---|---|---|---|---|---|---|
| 1 | 720 ILCS 5.0/18-5 | O | 1 | AGGRAVATED ROBBERY | | | 10 CF 2651 |
| 2 | 720 ILCS 5.0/18-5 | O | 1 | AGGRAVATED ROBBERY | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SENTENCE SECTION

| COUNT | SENTENCE CODE | YEAR | MONTHS | DAYS | HOURS | AMOUNT | SENTENCE STATUS CODE | SENTENCE DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Page Number  1  of  1

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY

THE PEOPLE OF THE STATE OF ILLINOIS )
                                     )
             VS.                 )
                                     ) CASE NO   **2010 CF 2651**

     **MARVEL YARBROUGH**           )
                                     )

## INFORMATION

James W. Glasgow, State's Attorney of Will County, Illinois, now appears before the Circuit Court of Will County and in the name and by the authority of the People of the State of Illinois states that:

## COUNT I

on or about **December 20, 2010,** at and within Will County, Illinois, **Marvel Yarbrough** , a male person, committed the offense of:

## BURGLARY

### (Class 2 Felony)

in that, **said defendant without authority knowingly entered a building, Motel 6, 3551 Mall Loop Drive, Joliet, IL, with the intent to commit therein a theft,** in violation of Chapter 720, Section 5/19-1(a), of the Illinois Compiled Statutes, 2010.

## COUNT II

on or about **December 20, 2010,** at and within Will County, Illinois, **Marvel Yarbrough** , a **male** person, committed

the offense of:

## BURGLARY

### (Class 2 Felony)

in that, **said defendant without authority knowingly entered a building, Central Cleaners, 1708 W. Jefferson,**

**Joliet, IL, with the intent to commit therein a theft,** in violation of Chapter 720, Section 5/19-1(a), of the Illinois

Compiled Statutes, 2010.


**James W. Glasgow**
State's Attorney
Will County, Illinois

Frederick V. Harvey
Assistant State's Attorney
Will County, Illinois

FVH/pmm

2/23/11  16:11:39  WCCH

STATE OF ILLINOIS    )
                        ) SS.
COUNTY OF WILL     )

## A F F I D A V I T

Frederick V. Harvey, Assistant State's Attorney, being first duly sworn on oath, deposes and says that he has read the foregoing and knows the contents thereof, and that the same is true to the best of his knowledge.

Frederick V. Harvey
Assistant State's Attorney

Subscribed and sworn to before me

this 5th day of December, 2011

NOTARY PUBLIC

OFFICIAL SEAL
PATRICE M MANNING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/11/15

FVH/pmm

STATE OF ILLINOIS )
                  )SS
COUNTY OF WILL    )

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

_____
            Plaintiff
              vs

MARVEL   YARBROUGH
            Defendant

CASE NO: 2010 CF 2651

### PLEA OF GUILTY

I do hereby enter my appearance in this case and **PLEAD GUILTY** to the offense as charged the

I understand the nature of the charge against me and understand the penalties prescribed for the offense f

which I am charged. I hereby:

A. **WAIVE MY RIGHT** to a jury trial & bench trial;

B. **WAIVE MY RIGHT** to confront and cross examine witnesses who would testify against me

C. **WAIVE MY RIGHT** to not incriminate myself; and

D. **I SUBJECT MYSELF** to the penalty that shall be imposed by the judge.

I do all of the above freely and voluntarily.

_____
                    Defendant

PAMELA J. MCGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY

3/01/12 08:53:32 WCCH



**WILL COUNTY PROBATION SERVICES DEPARTMENT**
**ADULT DIVISION**
Court Annex Building
57 N. Ottawa Street, 3rd Floor West
Joliet, Illinois 60432
Phone (815) 727-8446
Fax (815)727-9326

2012 FEB 29 AM 8 55

CLERK, CIRCUIT COURT
WILL COUNTY, ILLINOIS

Michael E. Costigan
Director

Michael Skalac
Assistant Director

Anita Carroll
Supervisor

John O'Neill
Supervisor

Bart Perry
Supervisor

Richard Smith
Supervisor

**TO:**  Will County State's Attorney's Office
Will County Circuit Clerk's Office

**FROM:**  Will County Adult Probation Department

**RE:**  Probation Transfer Notification ( X ) Address Change (____)

**DATE:**  January 9, 2012

---

**CLIENT:**  Marvel Yarbrough
**ADDRESS:**  1903 N. Lincoln Avenue, Apt 101
Urbana, IL 61801

**OFFENSE(S):**  Burglary
Burglary
**CASE #:**  10-CF-02651
**SCHEDULED TERM:**  12-17-14
**NAME OF RECEIVING**
**AGENCY:**

Submitted By:

Kristina M. Sanchez
Probation Officer

Approved By:

Supervisor

WCCH   03012012



# WILL COUNTY PROBATION SERVICES
## DEPARTMENT
## ADULT DIVISION
Court Annex Building
57 N Ottawa Street, 3rd Floor West
Joliet, Illinois 60432
Phone (815) 727-8446
Fax (815)727-9326

Michael E. Costigan
Director

Michael Skalac
Assistant Director

John O'Neill
Supervisor

Bart Perry
Supervisor

Richard Smith
Supervisor

Angela R. Young
Supervisor

## VIOLATION REPORT

**Judge:**            The Honorable Edward A Burmila Jr
**State's Attorney·**  Fred Harvey

| **Name:** Marvel Yarbrough | **Date:** 09-10-13 | **Case No·** 10-CF-02651 |
|---|---|---|

**Address**
3831 West 168 Street, Country Club Hills, IL 60478

| **DOB** | **Height** | **Weight** | **Hair** | **Eyes** | **Sex** | **Race** |
|---|---|---|---|---|---|---|
| 05-15-1990 | 5 09 | 207 | Black | Brown | Male | Black |

| **Sentence Date** | **Case No** | **Charges Sentenced On** | **Sentence** | **Term Date** |
|---|---|---|---|---|
| 12-20-2011 | 10-CF-02651 | Burglary<br>Burglary | Adult Probation | 12-17-14 |

✔ *Statutory Violation·*                         ✔ *Technical Violation:*

___ Criminal Law Violation                   · Failure to Provide current
✔ Failure To Report                             address
___ Firearms Violation
___ Other

**Specifications Of Violation·**
On December 20, 2011, Marvell Yarbrough was placed on thirty-six (36) months TASC Probation for
the offense of Burglary  On May 7, 2012, the defendant's case was transferred and accepted for
Courtesy Supervision by the Champaign County Probation Department  At the time the defendant was

placed on probation he was ordered to report to probation as directed by his officer. The defendant was also ordered to notify the Probation Department and the Clerk of the Circuit Court of any change of address within seventy-two (72) hours. On September 10, 2013, the Will County Probation Department received the attached Violation Summary. According to the Summary the defendant has failed to provide proof of a current address or phone number. In addition, the defendant has failed to report to probation for scheduled visits on January 9, 2013, March 15, 2013, March 19, 2013, August 22, 2013, and September 10, 2013. The DuPage County Probation Department is requesting that a petition is filed. It needs to be noted that a previous violation was filed with the State's Attorney Office on July 31, 2013, for a new offense, failure to provide a current address, and for failure to follow through with TASC treatment. At the time of this report no petition have been filed. The Champaign County Probation Department is requesting that a petition is filed. Please see attached document for additional information.

Submitted By

William Gant
Probation Officer

Approved By

Richard J. Smith
Supervisor

cc  Will County Circuit Clerk's Office
State's Attorney's Office
file

*VOP 10/07 M S*

WCCH    09132013

# VIOLATION REPORT
## INTRASTATE TRANSFER

Date 9/10/13

To (receiving county) <u>Will</u>

(officer) <u>William Gant</u>

From (sending county) <u>Champaign</u>

(officer) <u>Lori Kleppin</u>

RE <u>Marvel Yarbrough</u>

Case # <u>2010-CF-2651</u>

Address <u>Unknown at this time</u>

Phone # <u>No</u>

Employment <u>Unemployed</u>

Phone # _____

Address _____

Hours Worked _____

## VIOLATION SUMMARY

☒ Technical Violation, specify <u>The defendant has failed to provide a current address. Mr. Yarbrough reports attending Parkland College in Champaign, IL, but has failed to provide proof of a current residence or phone number. The only phone number is a contact number of (312) 647-1242. The defendant has failed to report for scheduled office visits on 1/9/13, 3/15/13, 3/19/13, 8/22/13 and 9/10/13. Marvel last reported on 7/29/13. The defendant called in on 9/4/13 and set an office visit for 9/10/13 at 9:00am and failed to report.</u>

☐ New Arrest, specify _____

☐ New Conviction, specify _____

Details of Violation _____

Summary of Overall Compliance and Status <u>As noted in the previous violation report, the defendant complies on the most minimal basis</u>

Recommendation   ☐ No Petition/Continued Supervision   ☐ Administrative Sanction   ☒ Petition

☐ Warrant   ☐ Summons/Notice

Comments <u>Please file a 2nd violation based on Mr. Yarbrough's failure to report or provide a current residence and phone number</u>

Prepared by

_____
Officer's Signature

217-384-3753    217-384-1264    lkleppin@co.champaign.il.us
Phone #          Fax #           e-mail

3/27/14 13:00:49 WCCH

STATE OF ILLINOIS )
)SS
COUNTY OF WILL )

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
### WILL COUNTY, ILLINOIS

People
**Plaintiff**

vs

Marvel Yarbrough
**Defendant**

CASE NO: 10 CF 2651

## COURT ORDER

Defendant's motion to move to the State of Georgia is granted without objection.

FILED

2014 AUG 27 AM 11:20

CLERK CIRCUIT COURT
WILL COUNTY, ILLINOIS

Attorney or Party, if not represented by Attorney
Name _____
ARDC # _____
Firm Name _____
Attorney for _____
Address _____
City & Zip _____
Telephone _____

Dated: 8/27 , 20 14

Entered: _____
Judge

**PAMELA J. MCGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

White – Court    Yellow – Plaintiff    Pink – Defendant

17 D Revised (0