# Exhibit 45

10:48

BURBERRYJESUS
**Tagged**

**hrishowroom**



33 likes

**hrishowroom** Burberrys Car ~ Check me out on Poshmark: Melotte #burberry #burberryplaid #burberryshirt #burberrysoflondon #burberryplaidshirt #burberryforsale #poshmark #poshmarkseller #poshmarkcommunity #poshmarkambassador

View all 13 comments

March 1