IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Burberry Limited, a United Kingdom Corporation
and Burberry Limited, a New York Corporation,

Plaintiffs,

v.

Marvel Yarbrough,

Defendant.

Case No. 20 C 6909
Judge Marvin E. Aspen

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of $,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant.

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: Default Judgment is entered against defendant.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge Marvin E. Aspen without a jury and the above decision was reached.
☒ decided by Judge Marvin E. Aspen on a motion for default judgment.

Date: 5/24/2021

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk